IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FADIMA KOUROUMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| CREDENCE RESOURCE MANAGEMENT, LLC, | ) | 3:22-CV-0323-G-BT |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford dated March 30, 2023. The court has reviewed the Findings, Conclusions, and Recommendations for plain error. Finding none, the court accepts the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

**SO ORDERED**.

May 6, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**